UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
February 13, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                          )  Case No. CR.S-06-0046-WBS
        Plaintiff,        )
v.                        )  ORDER FOR RELEASE OF
                          )  PERSON IN CUSTODY
HALLEY DEVYN GILIO,       )
                          )
        Defendant.        )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release HALLEY DEVYN GILIO, Case No. CR.S-06-0046-WBS, Charge, 18USC§1708, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  _X_   Release on Personal Recognizance

  ___   Bail Posted in the Sum of $_____

        ___ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

  _X_   (Other)    Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on February 13, 2006 at 2:20 p.m.

                           By  /s/ Peter A. Nowinski
                               Peter A. Nowinski
                               United States Magistrate Judge